# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 12, 2016

### NO. 03-15-00484-CR

**Tony Robleto, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment as follows: to reflect that the "Offense for which Defendant Convicted" is "Possession of a Controlled Substance with Intent to Deliver–Morphine" and to reflect that the "Statute for Offense" is "481.112(a), (c) Health and Safety Code." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.